**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

GARY LEE LONG                                                                                           PLAINTIFF
ADC #655421

V.                                       NO: 3:16CV00090 DPM/PSH

CHRISSY SHORT *et al*                                                                          DEFENDANTS

## ORDER

For good cause shown, defendant Chrissy Short's motion to compel (Doc. No. 11) is GRANTED, and plaintiff Gary Lee Long is directed to file his response to Short's discovery requests no later than 14 days after this order's entry date.

IT IS SO ORDERED this 6th day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE