## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

GARY LEE LONG                                                                                   PLAINTIFF
ADC #655421

V.                              NO: 3:16CV00090 DPM/PSH

CHRISSY SHORT *et al*                                                                       DEFENDANTS

## ORDER

For good cause shown, defendant Tiger Commissary's motion to compel (Doc. No. 17) is GRANTED, and plaintiff Gary Lee Long is directed to file his response to Tiger Commissary's discovery requests no later than 20 days after this order's entry date.

IT IS SO ORDERED this 25th day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE