**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

GARY LEE LONG                                                                                          PLAINTIFF
ADC #655421

V.                                            NO: 3:16CV00090 DPM/PSH

CHRISSY SHORT *et al*                                                                            DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge D.P. Marshall Jr.  You may file written objections to all or part of this Recommendation.  If you do so, those objections must:  (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation.  By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Gary Lee Long, who was formerly held at the Greene County Detention Facility, filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on March 21, 2016.  On June 30, 2016, after mail sent to Long at his address of record was returned as undeliverable, the Court entered an order directing him to file a notice of his current mailing address within 30 days, and warning him that his failure to do so would result in the recommended dismissal of his complaint (Doc. No. 16).  More than 30 days have passed, and Long has not updated his address or otherwise responded to the order. Mail sent to Long continues to be returned as undeliverable, and Long is not listed as a current

inmate on the public websites maintained by the Arkansas Department of Correction or the Federal Bureau of Prisons. Under these circumstances, the Court concludes that Long's complaint should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion). In light of this recommendation, all pending motions should be denied as moot.

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff Gary Lee Long's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2. All pending motions be DENIED AS MOOT.

3. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 9th day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE