## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**GARY LEE LONG,**
**ADC #655421**                                                      **PLAINTIFF**

**v.**                          **No. 3:16-cv-90-DPM**

**CHRISSY SHORT, Sergeant, Greene**
**County Detention Center; and**
**TIGER COMMISSARY, Food Service,**
**Greene County Detention Center**                   **DEFENDANTS**

### ORDER

Unopposed recommendation, № 27, adopted. FED. R. CIV. P. 72(b) (1983

addition to advisory committee notes). Long hasn't kept his address current;

his mail is being returned. № 15, 20, 21, 28 & 29. His complaint will therefore

be dismissed without prejudice. LOCAL RULE 5.5(c)(2). Defendants' motions,

№ 22 & 26, denied without prejudice as moot. An *in forma pauperis* appeal

from this Order and accompanying Judgment would not be taken in good

faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____29  August  2016_____