IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARY LEE LONG,
ADC #655421                                                                PLAINTIFF

v.                         No. 3:16-cv-90-DPM

CHRISSY SHORT, Sergeant, Greene
County Detention Center; and
TIGER COMMISSARY, Food Service,
Greene County Detention Center                                             DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 August 2016